# United States District Court

Eastern District of Virginia
Norfolk Division

FILED
MAR 30 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| JOHN J. WALSH<br>and<br>ANNABELLE WALSH<br><br>    Plaintiffs<br>v.<br><br>WAVY BROADCASTING, LLC<br>and<br>LIN TELEVISION CORPORATION,<br><br>    Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:11cv174 |

X      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

         **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiff, John J. Walsh, recover of the defendants WAVY Broadcasting, LLC and LIN Television Corporation in the amount of $600,000.00 for reputational damages. It is FURTHER ORDERED AND ADJUDGED that plaintiff, Annabelle Walsh, recover of the defendants WAVY Broadcasting, LLC and LIN Television Corporation in the amount of $600,000.00 for reputational damages.

DATE: March 29, 2012          FERNANDO GALINDO, *Clerk*

                                                               *[signature]*
                                                           (By) Angie Forehand, Deputy Clerk

Form of judgment approved in accordance
With Rule 58, FRCP, March 30, 2012

*[signature]*
United States Magistrate Judge